**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   EYM PIZZA OF SC, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 2 – 3 7 5 9 1 2 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **4925 N OCONNOR BLVD** Number Street | Number Street |
   | **STE 200** | P.O. Box |
   | **IRVING  TX  75062** City State ZIP Code | City State ZIP Code |
   | **Dallas** County | **Location of principal assets, if different from principal place of business** Number Street — City State ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **EYM PIZZA OF SC, LLC**_____    Case number (if known)_____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11.    *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor **EYM PIZZA OF SC, LLC** _____  Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
             MM / DD / YYYY
    District _____ When _____ Case number _____
             MM / DD / YYYY
    District _____ When _____ Case number _____
             MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **See attached** _____ Relationship _____
    District _____ When _____
                                         MM / DD / YYYY
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When _____
                                         MM / DD / YYYY
    Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number   Street
                          _____
                          _____  _____  _____
                          City                     State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor

EYM PIZZA OF ILLINOIS, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41671


EYM PIZZA OF INDIANA, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41672


EYM PIZZA OF GEORGIA, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41673


EYM PIZZA OF SC, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. _____


EYM PIZZA OF WISCONSIN, LLC
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. _____

EYM PIZZA, L.P.
Relationship: Affiliate
District: ED Texas, Sherman Division
Filed: 7/22/24
Case No. 24-41669

Debtor **EYM PIZZA OF SC, LLC** _____   Case number (if known) _____

## Statistical and adminstrative information

13. **Debtor's estimation of available funds**

    Check one:
    - [x] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    - [x] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**
    - [x] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [x] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **07/22/2024**
    MM / DD / YYYY

    X _____
    Signature of authorized representative of debtor
    **EDUARDO E DIAZ**
    Printed name
    **MANAGER**
    Title

Debtor **EYM PIZZA OF SC, LLC** _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **18. Signature of attorney** | **X** **/s/ Howard Marc Spector** | Date | **07/22/2024** |
| | Signature of attorney for debtor | | MM / DD / YYYY |

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Rd**
Number       Street

**Suite 850**

**Dallas**                                    **TX**           **75206**
City                                          State          ZIP Code

**(214) 365-5377**                            **hms7@cornell.edu**
Contact phone                                 Email address

**00785023**                                  **TX**
Bar number                                    State

**Fill in this information to identify the case:**

Debtor name: **EYM PIZZA OF SC, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pizza Hut, LLC<br>7100 Corporate Drive<br>Plano, Texas  75024 | | Franchisor | | | | $123,385.91 |
| 2 | McLane<br>2085 Midway Rd<br>Carrolton, TX 75006 | | | | | | $35,506.93 |
| 3 | Little Dipper Septic Service<br>P.O BOX 485<br>Varnville, SC 29944 | | | | | | $9,730.00 |
| 4 | Comcast Business<br>PO Box 37601<br>Philadelphia, PA 19101 | | | | | | $5,633.40 |
| 5 | EZAN, LLC<br>78 Ashley Pointe Drive<br>Suite 300<br>Charleston, SC 29407 | | | | | | $3,979.37 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **EYM PIZZA OF SC, LLC**_____ Case number (if known)_____
             Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | WEX BANK<br>PO BOX 4337<br>CAROL STREAM, IL 60197 | | | | | | $3,878.14 |
| 7 | FM Shoppes, LLC<br>532 Governor Morrison St.<br>Suite 201<br>Charlotte, NC 28211 | | | | | | $3,804.93 |
| 8 | Beaufort Plaza, Inc<br>P.O Box 4160<br>Burton, SC 29903 | | | | | | $3,187.50 |
| 9 | SC-Beaufort Midtown-VRX, LLC<br>8816 Six Forks Rd # 201<br>Raleigh, NC 27615 | | | | | | $2,312.63 |
| 10 | WHLR SHOPPES AT MYRTLE PARK LLC<br>2529 Virginia Beach Blvd<br>Virginia Beach, VA 23452 | | | | | | $2,199.81 |
| 11 | Verifone<br>PO Box 854060<br>Minneapolis, MN 55485 | | | | | | $1,700.16 |
| 12 | Gray RE Holdings<br>22 SAMS POINT RD.<br>BEAUFORT, SC 29907 | | | | | | $1,682.00 |
| 13 | Dominion Energy South Carolina<br>PO BOX 25973<br>RICHMOND, VA 23260 | | | | | | $724.60 |

| Debtor | EYM PIZZA OF SC, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | State Disbursement Unit Attn: Employer Pay PO Box 100303 Columbia, SC 29202 | | | | | | $685.34 |
| 15 | Essintial Enterprise Solutions LLC PO BOX 4110 Dept 5500 WOBURN, MA 01888 | | | | | | $119.30 |
| 16 | Tiger Stop South 78 Ashley Pointe Drive Suite 300 Charleston, SC 29407 | | | | | | $90.17 |
| 17 | Communications Technology Associates INC 2007 South Hydraulic Wichita, KS 67211 | | | | | | $11.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name **EYM PIZZA OF SC, LLC** |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) |

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/22/2024           X _____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

**EDUARDO E DIAZ**
Printed name

**MANAGER**
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:  EYM PIZZA OF SC, LLC

CASE NO

CHAPTER  11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  07/22/2024

Signature _____
EDUARDO E DIAZ
MANAGER

Date _____

Signature _____

Beaufort Plaza, Inc
P.O Box 4160
Burton, SC 29903


Comcast Business
PO Box 37601
Philadelphia, PA 19101


Communications Technology Associates INC
2007 South Hydraulic
Wichita, KS 67211


Dominion Energy South Carolina
PO BOX 25973
RICHMOND, VA 23260


Essintial Enterprise Solutions LLC
PO BOX 4110 Dept 5500
WOBURN, MA 01888


EZAN, LLC
78 Ashley Pointe Drive
Suite 300
Charleston, SC 29407


FM Shoppes, LLC
532 Governor Morrison St.
Suite 201
Charlotte, NC 28211


Gray RE Holdings
22 SAMS POINT RD.
BEAUFORT, SC 29907


Haynes & Boone, LLP
Attn: Deborah Coldwell
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201

```
Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce Street
Dallas, Texas 75242

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346



Little Dipper Septic Service
P.O BOX 485
Varnville, SC 29944



MANUFACTURERS BANK
100 SOUTH STATE COLLEGE BLVD.
BREA, CA 92821



McLane
2085 Midway Rd
Carrolton, TX 75006



Pizza Hut, LLC
7100 Corporate Drive
Plano, Texas  75024



SC-Beaufort Midtown-VRX, LLC
8816 Six Forks Rd # 201
Raleigh, NC 27615



SMBC Manubank
515 South Figueroa St.
Los Angeles, CA 90071



Snell & Wilmer
Attn: Todd Jones
One East Washington Street
Phoenix, AZ 85004
```

```
State Disbursement Unit
Attn: Employer Pay
PO Box 100303
Columbia, SC 29202


Tiger Stop South
78 Ashley Pointe Drive
Suite 300
Charleston, SC 29407


United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204



United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231



Verifone
PO Box 854060
Minneapolis, MN 55485



WEX BANK
PO BOX 4337
CAROL STREAM, IL 60197



WHLR SHOPPES AT MYRTLE PARK LLC
2529 Virginia Beach Blvd
Virginia Beach, VA 23452
```